PAUL HERMAN, Appellant, *v.* JOHN L. DANIELS, Respondent.

*Herman* v. *Daniels,* 93 App. Div. 612, appeal dismissed.
(Submitted May 2, 1904; decided May 10, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the grounds that the findings of fact were unanimously affirmed by the Appellate Division and there was no question of law involved' of sufficient doubt as to require its review by the Court of Appeals.

*George S. Daniels* for motion.

*Herbert J. Hindes* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.